GEORGIA                                                                  https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessI...



| | |
|---|---|
| **GEORGIA CORPORATIONS DIVISION** | **GEORGIA SECRETARY OF STATE**<br>**BRAD RAFFENSPERGER** |

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **GKRM, Inc.** | Control Number: | **13458121** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Noncompliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **2095 Highway 211 NW, Suite 2F-362, Braselton, GA, 30517, USA** | Date of Formation / Registration Date: | **10/21/2013** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2019** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **James D. Graves** |
| Physical Address: | **2675 Shumard Oak Drive, Braselton, GA, 30517, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Johnathan Kneff | CFO | Hwy 211 NW, Braselton, GA, 30517, USA |
| James Graves | CEO | Hwy 211 NW, Braselton, GA, 30517, USA |
| James Graves | Secretary | 2095 Hwy 211 NW, Braselton, GA, 30517, USA |

Back                    Filing History        Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.11          Report a Problem?