# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 19-CV-03292 | United States District Court Eastern District | NY | 3534331 (3525033 (33888)) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| SCF RC Funding 1, LLC | GK Management Inc. et. al. |

| Received by: | For: |
|---|---|
| Nichols Legal Document Services, LLC | Legal Errands, Inc. |

| To be served upon: |
|---|
| James D. Graves |

I, Lathan Nichols, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** James D. Graves, Personally at 2495 Shumard Oak Dr. Braselton, GA 30517 on July 29, 2019 at 8:09 PM

**Manner of Service:** *Personal*

**Documents:** Summons & Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Jul 6, 2019, 3:05 pm EDT at 2095 Hwy 211 NW Suite 2F-362, Braselton, GA 30517 Bad Address because it is a UPS Mailbox Store.
2) Unsuccessful Attempt: July 8th @ 3:45 pm at 2675 Shumard Oak DR, Braselton, GA, Does not live here
3) Unsuccessful Attempt July 17 @ 6:23 pm, 4564 Persian Trail, Gainesville, GA Bad Address, does not live here
4) Unsuccessful Attempt July 24 @ 4:30 PM, 2495 Shumard Oak Dr, Braselton. No Answer, dog in house, 2 vehicles in driveway, mail in box addressed to James D. Graves.
5) Unsuccessful Attempt July 26 @ 11:10 AM 2495 Shumard Oak Dr., Braselton, No answer, lights on inside and on porch, same vehicles in driveway, Dog in house, package at garage door addressed to James Graves
6) Unsuccessful attempt at above address on July 27 @2:51 pm   Nothing changed
7) Successful attempt on 7/29/19 @ 8:09 PM at 2495 Shumard Oak Dr, Braselton, GA

_Lathan Nichols_    7-31-19
Lathan Nichols      Date

Nichols Legal Document Services, LLC
3446 Winder Hwy Suite M 347
Flowery Branch, GA 30542
678-984-1680

Subscribed and sworn to before me by e affiant who is personally known to me.

_Jamaya Harper_
Notary Public
7-31-19    May 13, 2023
Date       Commission Expires

[Notary Seal: JAMAYA ZAKIA HARPER, NOTARY PUBLIC, GEORGIA, BARROW COUNTY, Expires May 13, 2023]