IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SCF RC Funding I, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GKRM, Inc.; GK Management, Inc.; and James D. Graves,<br><br>　　　　　Defendants. | Case No. CV-20-1145-PHX-DLR<br><br>**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE AS TO DEFENDANT JAMES D. GRAVES** |

The Court having reviewed the *Motion for Alternative Service as to Defendant James D. Graves* (the "Motion") filed by Plaintiff SCF RC Funding I, LLC, and with good cause appearing,

IT IS HEREBY ORDERED:

1. Granting Plaintiff's Motion for Alternative Service;

2. Permitting Plaintiff to accomplish service upon Defendant James D. Graves by publication, and by mailing a copy of the Summons, Complaint, and this Order to All Known Addresses.

**SIGNED AND DATED ABOVE.**